| | |
|---|---|
| 1 | JaVonne M. Phillips, Esq., SBN 187474 |
| | Gregory J. Babcock, Esq., SBN 160720 |
| 2 | **McCarthy & Holthus, LLP** |
| | 1770 Fourth Avenue |
| 3 | San Diego, CA 92101 |
| | Phone (619) 685-4800 Ext. 1528 |
| 4 | Fax (619) 685-4810 |
| 5 | Attorney for: Secured Creditor, |
| | HSBC Mortgage Corporation (USA), its assignees and/or successors |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 09-13736 J |
| | ) | |
| Judy Inok Kim, | ) | Chapter 11 |
| | ) | |
| | ) | |
| | ) | **MOTION FOR RELIEF FROM** |
| Debtor. | ) | **AUTOMATIC STAY AND** |
| | ) | |
| | ) | Date: 07/22/2010 |
| | ) | Time: 9:00 a.m. |
| | ) | Place: 99 South E Street |
| | ) |          Santa Rosa, CA |

HSBC Mortgage Corporation (USA), its assignees and/or successors in interest ("Secured Creditor" or "Movant" herein), moves this Court for an Order Terminating the Automatic Stay of 11 U.S.C. § 362 as to moving party (and the Trustee under the Deed of Trust securing moving party's claim) so that moving party and its Trustee may commence and continue all acts

1              File No. CA-09-16841
Motion for Relief from Automatic Stay, Case No.09-13736 J

Case: 09-13736   Doc# 88   Filed: 06/21/10   Entered: 06/21/10 12:23:46   Page 1 of 3

necessary to foreclose under the Deed of Trust secured by the Debtor's property, commonly known as 1468 East Kent Avenue, Chandler, AZ 85225, ("Property" herein).

As stated in the attached Declaration, the Debtor has failed to make 6 post-petition payments (12/09 through 5/10).

The current market value of the Debtor subject Property is $125,000.00, based upon a current Residential Appraisal Report, dated 04/15/2010. **See Exhibit "3"**.

In the present case, the Debtor has no equity in the Property, as evidenced by the approximate market value compared to the total liens against the Property, principally that of Secured Creditor herein and the other liens as noted in this Motion.

| | | |
|---|---|---|
| Value | $ | 125,000.00 |
| Total Liens to Secured Creditor | $ | 218,666.07 |
| Equity | $ | (93,666.07) |

Based on the foregoing, Secured Creditor alleges that there is no equity in the subject Property, the subject Property is not necessary for an effective reorganization, and Secured Creditor is not adequately protected. Secured Creditor is not receiving regular monthly payments, and is unfairly delayed from proceeding with the foreclosure of the subject Property. Accordingly, relief from the automatic stay should be granted to Secured Creditor pursuant to 11 U.S.C. § 362(d)(1) and (2).

WHEREFORE, Secured Creditor prays for judgment as follows:

1. For an Order granting relief from the automatic stay, permitting Secured Creditor to proceed with the foreclosure under Secured Creditor's Deed of Trust, and to sell the subject Property at a trustee's sale under the terms of the Deed of Trust to proceed with any and all post foreclosure sale remedies, including the unlawful detainer action or any other action necessary to obtain possession of the Property.

2. For an Order that the fourteen day stay described by Bankruptcy Rule 4001(a)(3) be waived.

3. For an Order modifying the automatic stay to protect Secured Creditor's interest, as the Court deems proper.

| | |
|---|---|
| 1 | 4. For attorneys' fees and costs incurred herein. |
| 2 | 5. For such other relief as the Court deems proper. |

Dated: June 21, 2010        McCarthy & Holthus, LLP

By:  /s/ Gregory J. Babcock
Gregory J. Babcock, Esq.
Attorneys for Secured Creditor
HSBC Mortgage Corporation (USA)