

1 Ja Vonne M. Phillips, Esq. SBN 187474
Gregory J. Babcock, Esq. SBN 260437
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (619) 685-4800
Fax (619) 685-4810

Attorney for: Secured Creditor,
HSBC Mortgage Corporation (USA),
its assignees and/or successors

**Signed: July 26, 2010**

_____
ALAN JAROSLOVSKY
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

In re:                                 ) Case No. 09-13736 J
                                       )
Judy Inok Kim,                         ) Chapter 11
                                       )
        Debtor.                        )
                                       )
                                       ) **ORDER ON MOTION FOR RELIEF**
                                       ) **FROM AUTOMATIC STAY**
                                       )
                                       )
                                       ) Date:   07/22/2010
                                       ) Time:   9:00 a.m.
                                       ) Place:  99 South E Street
                                       )         Santa Rosa, CA
                                       )
                                       ) Judge:  Alan Jaroslovsky
                                       )

The motion of Secured Creditor, HSBC Mortgage Corporation (USA), its assignees and/or successors, for relief from the automatic stay came on regularly for hearing by the Court on the date, time and place set forth above, before the Honorable Alan Jaroslovsky. Movant,

appeared by and through its Attorney of Record, McCarthy & Holthus, LLP by Gregory J. Babcock, Esq.. All other appearances are as noted in the court record.

Upon reading the papers and pleadings on file herein, and upon hearing oral argument and based on the evidence presented, the Court rules as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. § 362 be and are hereby terminated with respect to the interests of Movant, HSBC Mortgage Corporation (USA), its assignees and/or successors, in the real property commonly known as 1468 East Kent Avenue, Chandler, AZ 85225.

IT IS FURTHER ORDERED that Movant may complete its foreclosure of said real property and proceed with post-foreclosure remedies, including any unlawful detainer action, in accordance with applicable law.

IT IS FURTHER ORDERED that this Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

IT IS FURTHER ORDERED The fourteen day stay described in Bankruptcy Rule 4001(a)(3) is waived upon relief.

IT IS FURTHER ORDERED that Movant may contact the Debtor to comply with California Civil Code Section 2923.5.

**\*\* END OF ORDER \*\***

2

File No. CA-09-16841
Order on Motion for Relief From Stay
Case No. 09-13736 J

Case: 09-13736   Doc# 115   Filed: 07/26/10   Entered: 07/26/10 13:25:35   Page 2 of 2