```
David N. Chandler, Sr.   SBN 60780
David N. Chandler, Jr.   SBN 235427
DAVID N. CHANDLER, p.c.
1747 Fourth Street
Santa Rosa, CA  95404
Telephone: (707) 528-4331

Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>JUDY INOK KIM,<br><br>    DEBTORS.    / | Case No. 09-13736<br><br>Chapter 11<br><br>EX PARTE APPLICATION FOR ORDER EXTENDING TIME TO FILE APPLICATION FOR COMPENSATION AND ORDER THEREON |

TO:  HONORABLE ALAN JAROSLOVSKY, UNITED STATES BANKRUPTCY JUDGE:

David N. Chandler, Jr., attorney for Judy Inok Kim, Debtor herein, hereby makes application for an Order extending time to file Application For Compensation and represents:

1. Applicant is the Qualified Counsel for the Debtor in the above captioned Chapter 11 case.

2. Applications for Compensation of Professionals are due September 24, 2010.

3. Applicant has been unable to prepare his Application for compensation due to time demands in other cases, client emergencies, and a temporary staff shortage due to vacation.

4. Applicant believes that his Application for Compensation will be completed within an additional 10 days.

WHEREFORE, Applicant prays for an Order of this Court extending

the time to file Applications For Compensation to and including October 4, 2010.

Dated:   9/24/10                    DAVID N. CHANDLER, p.c.


                                    By: */s/ David N. Chandler, Jr.*
                                    DAVID N. CHANDLER, JR.
                                    Attorney for Debtor

ORDER

Good cause appearing,

IT IS HEREBY ORDERED that time for filing Applications For Compensation is extended to and including October 4, 2010.

Dated: September 27, 2010

                                    Alan Jaroslovsky
                                    U.S. Bankruptcy Judge