David N. Chandler, Sr.    SBN 60780
David N. Chandler, Jr.    SBN 235427
DAVID N. CHANDLER, p.c.
1747 Fourth Street
Santa Rosa, CA  95404
Telephone: (707) 528-4331

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE:                          CASE No. 09-13736

                                CHAPTER 11

JUDY INOK KIM,

_____Debtor._____/    APPLICATION FOR COMPENSATION

     David N. Chandler, p.c., counsel for Debtor herein, hereby
makes Application for Compensation as counsel for the Debtor and
represents:

     1.   Applicant qualified as counsel for the Debtor pursuant to
Order of this Court entered December 3, 2009.

     2.   Applicant was paid a retainer on the within case in the
amount of $20,000.00.

     3.   Debtor's purchase of a commercial building in Vacaville,
California and the subsequent downturn in the real estate market and
economic meltdown resulted in her financial situation.  The case was
filed as the secured creditor, BMR Funding, LLC ("BMR"), was hostile
and aggressive and pressing foreclosure of its security interest in
both the commercial building and Debtor's residence in American
Canyon, California.  Debtor intended to restructure secured debt and
lease the commercial building.

     4.   The Plan proposed by the Debtor was confirmed by the Court
over opposition interposed at every opportunity and based upon

dubious legal theories.  The Plan provides for the Debtor to commit her projected disposable income over the term of the Plan.  Such sum is projected to pay allowed unsecured claims a substantial dividend.

　　5.  Applicant performed the following services on behalf of the Debtor in connection with the within case:

　　　　a.  Consulted with the Debtor and advised Debtor with respect to OUST requirements, MOR requirement, DIP responsibilities and responsibilities to the Court, creditors and the estate;

　　　　b.  Prepared and filed Schedules, Petition and SOFA;

　　　　c.  Prepared for and attended the IDI and § 341 Meeting;

　　　　d.  Status Conference and related matters;

　　　　e.  Qualified brokers;

　　　　f.  Resisted the efforts of BMR to make the case unsuccessful;

　　　　g.  Negotiated a resolution to the secured claim of HSBC and insured that allowed unsecured claims were paid to the extent Debtor is able; and

　　　　h.  Obtained confirmation of a Plan.

　　6.  Applicant's normal hourly rates are as follows:

　　　　David N. Chandler, Jr.  -  $285.00

　　　　Paralegal  -  $110.00

　　7.  Applicant expended a total of 149.20 hours as set forth in Exhibit A attached hereto which is billed at the applicable hourly rates as follows:

　　　　142.00 hours @ $285.00  =  $40,413.00

　　　　7.20 hours @ $110.00  =  $  792.00

　　8.  The time expended was expended in the following categories of service:

1         a.   Petition, Schedules, SOFA and administrative:

2           31.20 hours @ $285.00  =  $ 8,892.00

3            7.20 hours @ $110.00  =  $  792.00

4         b.  Secured Creditor issues:

5           38.70 hours @ $285.00  =  $11,029.50

6         c.  Plan, Disclosure, Confirmation and implementation:

7           71.90 hours @ $285.00  =  $20,491.50

8     9.  Based upon the applicable hourly rates, the result

9 achieved in the matter, the risks attendant with the case, and the

10 time expended, Applicant believes that a fair and reasonable fee in

11 the matter is $41,205.00, together with reimbursement of expenses

12 incurred as shown in Exhibit A.

13    WHEREFORE, Applicant prays for an Order allowing compensation

14 to the Applicant in the amount of $41,205.00 together with

15 reimbursement of expenses in the amount of $213.32, and for such

16 other and further relief as the Court deems just and proper.

17 Dated:   10/4/10          DAVID N. CHANDLER, p.c.

18

19                       By: */s/ David N. Chandler, Jr.*
20                       DAVID N. CHANDLER, JR.
                           Attorney for Debtor

21

22

23

24

25

26

27

28

# EXHIBIT A

# LAW OFFICES OF DAVID N. CHANDLER, p.c.

1747 Fourth Street
Santa Rosa, CA  95404

---

*Invoice submitted to:*
Judy Kim

October 04, 2010

*Invoice* #10242

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 8/18/2009 | Consultation | 2.00 285.00/hr | 570.00 |
| 10/27/2009 | Telephone conference with client | 0.40 285.00/hr | 114.00 |
| 10/29/2009 | E-mail from/ E-mail to client | 0.10 285.00/hr | 28.50 |
| 11/4/2009 | Review Draft Schedules; Documents from client | 2.00 285.00/hr | 570.00 |
| 11/5/2009 | Review Draft Schedules | 0.50 285.00/hr | 142.50 |
| 11/6/2009 | Review chapter 11 papers; meet with client | 3.00 285.00/hr | 855.00 |
| | Application to employ Attorney | 0.60 285.00/hr | 171.00 |
| 11/10/2009 | Chapter 11 letter and 341 letter | 0.50 285.00/hr | 142.50 |
| | Telephone conference with client; E-mail from/ E-mail to U.S. Trustee re Initial Debtor Interview | 0.20 285.00/hr | 57.00 |
| 11/11/2009 | letter from U.S. Trustee; Letter to client | 0.40 285.00/hr | 114.00 |
| | Telephone conference from Attorney for Servicing Company for holder of first | 0.30 285.00/hr | 85.50 |

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 11/11/2009 | List of Equity Security Holders | 0.10 285.00/hr | 28.50 |
| | letters from U.S. Trustee (Monthly Operating Report, Initial Debtor Interview) | 0.30 285.00/hr | 85.50 |
| 11/17/2009 | letter from Toyota | 0.10 285.00/hr | 28.50 |
| | Payment Advices | 0.10 285.00/hr | 28.50 |
| 11/18/2009 | Petition letter | 0.10 285.00/hr | 28.50 |
| | Telephone conference with U.S. Trustee | 0.10 285.00/hr | 28.50 |
| | Napa Tax Collector Proof of Claim | 0.10 285.00/hr | 28.50 |
| 11/19/2009 | Signed Fee Agreement; Insurance Policy, Certificate re: Trustee's Guidlines | 0.30 285.00/hr | 85.50 |
| 11/24/2009 | Initial Debtor Interview letter | 0.10 285.00/hr | 28.50 |
| 11/30/2009 | Review file; e-mail client | 0.50 285.00/hr | 142.50 |
| | letter from HSBC Attorney | 0.20 285.00/hr | 57.00 |
| 12/1/2009 | E-mail from client; Review Documents | 0.20 285.00/hr | 57.00 |
| | Initial Debtor Interview | 1.10 285.00/hr | 313.50 |
| | Letter from Tiffany's Bosco; Notice of Trsutee sale; Letter to Tiffany and Bosco | 0.40 285.00/hr | 114.00 |
| | cash collateral Motion | 0.80 285.00/hr | 228.00 |
| | Broker Application | 1.00 285.00/hr | 285.00 |
| | E-mail to client | 0.30 285.00/hr | 85.50 |

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 12/1/2009 | E-mail from/ E-mail to client | 0.10<br>285.00/hr | 28.50 |
| | Review/ Revise Broker Employment Application | 0.10<br>285.00/hr | 28.50 |
| 12/2/2009 | Chapter 11 status Conference Order and Notice | 0.10<br>285.00/hr | 28.50 |
| | amendment to matrix | 0.10<br>285.00/hr | 28.50 |
| | Order Approving employment of Attorney | 0.10<br>285.00/hr | 28.50 |
| | 341 Meeting; Meeting with client re Monthly Operating Report | 1.20<br>285.00/hr | 342.00 |
| 12/8/2009 | BMR Request for Notice | 0.30<br>285.00/hr | 85.50 |
| 12/9/2009 | BMR Motion for Relief From Stay | 0.40<br>285.00/hr | 114.00 |
| 12/14/2009 | e-mail client | 0.10<br>285.00/hr | 28.50 |
| | E-mail from/ E-mail to client | 0.20<br>285.00/hr | 57.00 |
| | E-mail from/ E-mail to client | 0.10<br>285.00/hr | 28.50 |
| 12/16/2009 | E-mail from/ E-mail to Grandbridge Attorney; Telephone conference with to Grandbridge Attorney; E-mail to client | 0.30<br>285.00/hr | 85.50 |
| | E-mail to client | 0.20<br>285.00/hr | 57.00 |
| 12/18/2009 | chapter 11 plan | 0.50<br>285.00/hr | 142.50 |
| 12/20/2009 | Chapter 11 plan | 2.00<br>285.00/hr | 570.00 |
| | Chapter 11 Status Conference statement | 1.00<br>285.00/hr | 285.00 |
| | Chapter 11 Disclosure Statement | 2.00<br>285.00/hr | 570.00 |

| | Hrs/Rate | Amount |
|---|---|---|
| 12/21/2009 Telephone conference with to Grandbridge Attorney | 0.10 285.00/hr | 28.50 |
| Preparation of Monthly Operating Report for Filing | 0.80 110.00/hr | 88.00 |
| 12/24/2009 E-mail from/ E-mail to Grandbridge Attorney; e-mails from/to client | 0.30 285.00/hr | 85.50 |
| Telephone conference with BMR Attorney | 0.50 285.00/hr | 142.50 |
| Telephone conference with client | 0.30 285.00/hr | 85.50 |
| 1/4/2010 Email from client | 0.10 285.00/hr | 28.50 |
| HSBC mortgage Proof of Claim | 0.20 285.00/hr | 57.00 |
| 1/5/2010 Email from/ to Grandbridge Attorney's | 0.20 285.00/hr | 57.00 |
| 1/6/2010 Telephone conference to Cushman & Warfield (Neeb) | 0.20 285.00/hr | 57.00 |
| E-mail to client | 0.20 285.00/hr | 57.00 |
| E-mail from/ E-mail to client | 0.30 285.00/hr | 85.50 |
| 1/7/2010 E-mail from/ E-mail to Grandbridge Attorney; Telephone conference with Brooks Pedder | 0.70 285.00/hr | 199.50 |
| Email from Neeb | 0.10 285.00/hr | 28.50 |
| E-mail from/ E-mail to Grandbridge Attorney | 0.70 285.00/hr | 199.50 |
| E-mail from/ E-mail to Grandbridge Attorney | 0.30 285.00/hr | 85.50 |
| Email from  U.S. Trustee | 0.10 285.00/hr | 28.50 |
| 1/8/2010 Hearing on Motion for use of cash collateral; Chapter 11 Status conference | 0.50 285.00/hr | 142.50 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 1/8/2010 | E-mail from/ E-mail to U.S. Trustee | 0.10<br>285.00/hr | 28.50 |
| | BMR Request  for Notice and substitution | 0.10<br>285.00/hr | 28.50 |
| | Draft Cash Collateral Order | 0.20<br>285.00/hr | 57.00 |
| | E-mail to client | 0.40<br>285.00/hr | 114.00 |
| | Monthly Operating Report | 0.20<br>285.00/hr | 57.00 |
| | Secured tax Assessment 299 Camdus Court hearing.; e-mail | 0.20<br>285.00/hr | 57.00 |
| 1/10/2010 | Email from client | 0.10<br>285.00/hr | 28.50 |
| 1/11/2010 | Status Conference Order | 0.10<br>285.00/hr | 28.50 |
| | Order Authorizing Employment of Broker | 0.10<br>285.00/hr | 28.50 |
| 1/14/2010 | Hearing on Grandbridge/ BMR Motion for Relief From Stay | 2.20<br>285.00/hr | 627.00 |
| 1/15/2010 | Telephone conference with Chris Neeb | 0.20<br>285.00/hr | 57.00 |
| 1/18/2010 | E-mail from/ E-mail to client | 0.20<br>285.00/hr | 57.00 |
| 1/19/2010 | Telephone conference with Chris Neeb | 0.40<br>285.00/hr | 114.00 |
| 1/20/2010 | Preliminary Order Authorizing use of Cash Collateral (entered) | 0.10<br>285.00/hr | 28.50 |
| | Preparation of Monthly Operating Report for Filing | 0.80<br>110.00/hr | 88.00 |
| 1/25/2010 | e-mails from BMR Attorney; e-mails to client | 0.30<br>285.00/hr | 85.50 |
| 1/26/2010 | facsimile transmission from Compass Insurance; e-mail Grandbridge Attorney; e-mail client | 0.50<br>285.00/hr | 142.50 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 1/26/2010 | facsimile transmission from Compass; e-mail client | 0.10<br>285.00/hr | 28.50 |
| | Email from and Telephone conference with client; E-mail to BMR, Grandbridge Attorney | 0.20<br>285.00/hr | 57.00 |
| | Solano Tax Collector Proof of Claim | 0.10<br>285.00/hr | 28.50 |
| 1/27/2010 | E-mail from/ E-mail to client | 0.30<br>285.00/hr | 85.50 |
| | letter to client; letter to chris neeb | 0.60<br>285.00/hr | 171.00 |
| | facsimile transmission from United Valley Insurance; E-mail to BMR Attorney | 0.10<br>285.00/hr | 28.50 |
| 1/29/2010 | Final Hearing on Cash Collateral Motion | 1.00<br>285.00/hr | 285.00 |
| | Order on Cash Collateral Motion | 0.20<br>285.00/hr | 57.00 |
| | E-mail to client | 0.10<br>285.00/hr | 28.50 |
| 2/2/2010 | E-mail from/ E-mail to BMR Attorney; E-mail to client | 0.30<br>285.00/hr | 85.50 |
| 2/3/2010 | facsimile transmission from client; e-mails to  and from BMR Funding | 0.20<br>285.00/hr | 57.00 |
| | Revise Final Cash Collateral Order | 0.10<br>285.00/hr | 28.50 |
| | E-mail from/ E-mail to BMR Attorney; E-mail from/ E-mail to client | 0.30<br>285.00/hr | 85.50 |
| 2/5/2010 | Email from BMR Attorney to court | 0.10<br>285.00/hr | 28.50 |
| 2/8/2010 | Final Order on Cash Collateral Motion | 0.10<br>285.00/hr | 28.50 |
| | Email from client | 0.10<br>285.00/hr | 28.50 |
| 2/16/2010 | E-mail from/ E-mail to client | 0.10<br>285.00/hr | 28.50 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 2/17/2010 | E-mail to client | 0.10 285.00/hr | 28.50 |
| | Email from client | 0.10 285.00/hr | 28.50 |
| | chapter 11 plan and disclosure statement | 1.20 285.00/hr | 342.00 |
| | Draft Declarations | 2.00 285.00/hr | 570.00 |
| | Written appraisal of Jameson | 0.30 285.00/hr | 85.50 |
| 2/18/2010 | E-mail to client | 0.10 285.00/hr | 28.50 |
| | E-mail from/ E-mail to client | 0.10 285.00/hr | 28.50 |
| | Preparation of Monthly Operating Report for Filing | 0.80 110.00/hr | 88.00 |
| 2/22/2010 | Flynn Declaration and facsimile transmission | 0.10 285.00/hr | 28.50 |
| 2/23/2010 | e-mail from BMR's Attorney | 0.10 285.00/hr | 28.50 |
| | BMR Supplemental Brief and Pedder Declaration | 0.30 285.00/hr | 85.50 |
| | E-mail to client | 0.10 285.00/hr | 28.50 |
| 2/24/2010 | E-mail from/ E-mail to BMR Attorney | 0.10 285.00/hr | 28.50 |
| | Telephone conference with from Appraiser Flynn | 0.30 285.00/hr | 85.50 |
| | Telephone conference with client | 0.40 285.00/hr | 114.00 |
| | Telephone conference with Chris Neeb | 0.10 285.00/hr | 28.50 |
| 2/25/2010 | Hearing on BMR Motion for Relief From Stay | 6.50 285.00/hr | 1,852.50 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 2/25/2010 | e-mails from client; Chris Neeb | 0.20 | NO CHARGE |
| | E-mail to client | 0.20<br>285.00/hr | 57.00 |
| 2/26/2010 | E-mail from/ E-mail to Chris Neeb | 0.10<br>285.00/hr | 28.50 |
| 3/1/2010 | E-mail from/ E-mail to BMR Attorney; preview proposed order | 0.20<br>285.00/hr | 57.00 |
| 3/2/2010 | Email from BMR Attorney | 0.10<br>285.00/hr | 28.50 |
| | Email from BMR Attorney with Proof of Claim and E-mail to client | 0.20<br>285.00/hr | 57.00 |
| | E-mail from/ E-mail to client | 0.10<br>285.00/hr | 28.50 |
| 3/4/2010 | Telephone conference with client; Email from client | 0.30<br>285.00/hr | 85.50 |
| | E-mail from/ E-mail to BMR Attorney | 0.20<br>285.00/hr | 57.00 |
| | E-mail from/ E-mail to client | 0.10<br>285.00/hr | 28.50 |
| | Email from client; E-mail to BMR | 0.10<br>285.00/hr | 28.50 |
| 3/5/2010 | Chapter 11 plan | 1.20<br>285.00/hr | 342.00 |
| | E-mail from/ E-mail to Chris Neeb | 0.20<br>285.00/hr | 57.00 |
| 3/8/2010 | Email from BMR Attorney | 0.10<br>285.00/hr | 28.50 |
| | Chapter 11 plan | 4.00<br>285.00/hr | 1,140.00 |
| | Disclosure Statement | 1.00<br>285.00/hr | 285.00 |
| | E-mail from/ E-mail to client | 0.10<br>285.00/hr | 28.50 |

| | Hrs/Rate | Amount |
|---|---|---|
| 3/9/2010 Telephone conference with client; Revise Chapter 11 plan | 0.80 285.00/hr | 228.00 |
| Disclosure Statement | 0.50 285.00/hr | 142.50 |
| 3/10/2010 E-mail from/ E-mail to client | 0.20 285.00/hr | 57.00 |
| 3/11/2010 e-mails from client | 0.20 285.00/hr | 57.00 |
| 3/16/2010 disclosure statement | 1.50 285.00/hr | 427.50 |
| Research title- Jameson Canyon and Fairfield | 0.60 285.00/hr | 171.00 |
| E-mail from/ E-mail to client | 0.10 285.00/hr | 28.50 |
| Review/ Revise plan and disclosure statement; e-mail client | 1.00 285.00/hr | 285.00 |
| Preparation of Monthly Operating Report for Filing | 0.80 110.00/hr | 88.00 |
| 3/17/2010 E-mail from/ E-mail to client | 0.10 285.00/hr | 28.50 |
| Telephone conference to George Oakes, Broker for Spectrum Schedules | 0.30 285.00/hr | 85.50 |
| E-mail from/ E-mail to client | 0.10 285.00/hr | 28.50 |
| Review/ Revise plan and disclosure Statement | 0.80 285.00/hr | 228.00 |
| E-mail from/ E-mail to client | 0.10 285.00/hr | 28.50 |
| 3/18/2010 Telephone conference with client | 0.40 285.00/hr | 114.00 |
| 3/19/2010 Review/ Revise plan and disclosure statement | 1.00 285.00/hr | 285.00 |
| 3/22/2010 Email from client; Notice of Hearing on disclosure statement | 0.20 285.00/hr | 57.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 3/25/2010 | Disclosure Statement Order | 0.20<br>285.00/hr | 57.00 |
| | E-mail from/ E-mail to BMR Attorney | 0.10<br>285.00/hr | 28.50 |
| 3/30/2010 | E-mail from/ E-mail to BMR Attorney | 0.10<br>285.00/hr | 28.50 |
| 4/5/2010 | E-mail from/ E-mail to BMR Attorney | 0.10<br>285.00/hr | 28.50 |
| | Telephone conference with HSBC Attorney | 0.10<br>285.00/hr | 28.50 |
| 4/6/2010 | BMR Motion to Continue Hearing on Disclosure statement | 0.30<br>285.00/hr | 85.50 |
| 4/7/2010 | Notice of Hearing on Motion to continue disclosure statement Hearing | 0.10<br>285.00/hr | 28.50 |
| 4/8/2010 | E-mail from/ E-mail to SHBC Appraiser; E-mail from/ E-mail to client | 0.20<br>285.00/hr | 57.00 |
| 4/9/2010 | E-mail from/ E-mail to client | 0.20<br>285.00/hr | 57.00 |
| | E-mail from/ E-mail to client | 0.30<br>285.00/hr | 85.50 |
| | Email from client | 0.10<br>285.00/hr | 28.50 |
| | E-mail from/ E-mail to client | 0.20<br>285.00/hr | 57.00 |
| 4/12/2010 | Opposition to BMR's Motion to continue Hearing | 1.20<br>285.00/hr | 342.00 |
| | Telephone conference with Appraiser Beagle E-mail from/ E-mail to client | 0.10<br>285.00/hr | 28.50 |
| 4/15/2010 | Opposition to BMR Motion to continue Hearing | 2.00<br>285.00/hr | 570.00 |
| 4/16/2010 | Hearing on BMR Motion to continue Hearing | 1.00<br>285.00/hr | 285.00 |
| | Email from BMR Attorney with proposed Order | 0.10<br>285.00/hr | 28.50 |

|            |                                                                                      | Hrs/Rate   | Amount |
|------------|--------------------------------------------------------------------------------------|------------|--------|
| 4/19/2010  | E-mail from/ E-mail to BMR Attorney; Review proposed Order                            | 0.20       | 57.00  |
|            |                                                                                      | 285.00/hr  |        |
| 4/20/2010  | Notice of Confirmation Hearing on Disclosure statement                               | 0.10       | 28.50  |
|            |                                                                                      | 285.00/hr  |        |
| 4/22/2010  | Preparation of Monthly Operating Report for Filing                                   | 0.80       | 88.00  |
|            |                                                                                      | 110.00/hr  |        |
| 4/27/2010  | E-mail from/ E-mail to client                                                        | 0.10       | 28.50  |
|            |                                                                                      | 285.00/hr  |        |
| 4/29/2010  | E-mail from/ E-mail to client                                                        | 0.50       | 142.50 |
|            |                                                                                      | 285.00/hr  |        |
| 4/30/2010  | E-mail from/ E-mail to client Review pacer                                           | 0.20       | 57.00  |
|            |                                                                                      | 285.00/hr  |        |
| 5/3/2010   | BMR Objections to Disclosure Statement                                               | 0.40       | 114.00 |
|            |                                                                                      | 285.00/hr  |        |
|            | letter to BMR Attorney re Disclosure Statement                                       | 0.10       | 28.50  |
|            |                                                                                      | 285.00/hr  |        |
| 5/4/2010   | E-mail from/ E-mail to BMR Attorney                                                   | 0.10       | 28.50  |
|            |                                                                                      | 285.00/hr  |        |
| 5/7/2010   | Hearing on Disclosure Statement ; meet and confer with BMR Attorney                  | 1.00       | 285.00 |
|            |                                                                                      | 285.00/hr  |        |
|            | E-mail from/ E-mail to client                                                         | 0.20       | 57.00  |
|            |                                                                                      | 285.00/hr  |        |
| 5/10/2010  | Email from BMR Attorney with proposed changes to Disclosure Statement                | 0.40       | 114.00 |
|            |                                                                                      | 285.00/hr  |        |
| 5/11/2010  | Draft First Amended Disclosure Statement  and Order approving same                   | 1.20       | 342.00 |
|            |                                                                                      | 285.00/hr  |        |
|            | Draft Ex Parte Motion to Extend conversion deadline                                  | 0.60       | 171.00 |
|            |                                                                                      | 285.00/hr  |        |
| 5/12/2010  | Review/ Revise First Amended Disclosure Statement                                    | 0.30       | 85.50  |
|            |                                                                                      | 285.00/hr  |        |
| 5/13/2010  | E-mail from/ E-mail to BMR Attorney                                                   | 0.20       | 57.00  |
|            |                                                                                      | 285.00/hr  |        |
| 5/17/2010  | Email from BMR Attorney                                                               | 0.20       | 57.00  |
|            |                                                                                      | 285.00/hr  |        |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 5/18/2010 | First Amended plan | 1.00 285.00/hr | 285.00 |
| | e-mails from BMR Attorney and Objections to Proposee Order and exhibits | 0.50 285.00/hr | 142.50 |
| | Preparation of Monthly Operating Report for Filing | 0.80 110.00/hr | 88.00 |
| 5/19/2010 | Draft Declaration in Response to BMR objections | 0.40 285.00/hr | 114.00 |
| | E-mail from/ E-mail to client and E-mail to SHBC Attorney | 0.20 285.00/hr | 57.00 |
| 5/21/2010 | Email from SHBC Attorney | 0.10 285.00/hr | 28.50 |
| | Order approving Disclosure Statement  and e-mail client | 0.20 285.00/hr | 57.00 |
| 5/27/2010 | Letter from Solano County Tax Collector | 0.10 285.00/hr | 28.50 |
| 6/1/2010 | Larry Wood ballot | 0.10 285.00/hr | 28.50 |
| | Napa County Tax Collector Proof of Claim | 0.10 285.00/hr | 28.50 |
| 6/2/2010 | E-mail from/ E-mail to client | 0.20 285.00/hr | 57.00 |
| | Email from client | 0.10 285.00/hr | 28.50 |
| 6/3/2010 | Notice of filing of Transcript ( feb 25 Hearing) | 0.20 285.00/hr | 57.00 |
| 6/7/2010 | letter from HSBC | 0.10 285.00/hr | 28.50 |
| | Income Projection from client | 0.20 285.00/hr | 57.00 |
| | Gonzalez Ballot | 0.10 285.00/hr | 28.50 |
| 6/9/2010 | E-mail from/ E-mail to client | 0.20 285.00/hr | 57.00 |

| | Hrs/Rate | Amount |
|---|---|---|
| 6/11/2010 E-mail from/ E-mail to client | 0.10<br>285.00/hr | 28.50 |
| 6/14/2010 Email from client | 0.10<br>285.00/hr | 28.50 |
| Email from BMR Attorney | 0.10<br>285.00/hr | 28.50 |
| Order Extending Scheduling Conference Deadline | 0.10<br>285.00/hr | 28.50 |
| 6/21/2010 Preparation of Monthly Operating Report for Filing | 0.80<br>110.00/hr | 88.00 |
| 6/22/2010 Email from client | 0.10<br>285.00/hr | 28.50 |
| Email from BMR Attorney | 0.10<br>285.00/hr | 28.50 |
| HSBC Motion for Relief From Stay | 0.30<br>285.00/hr | 85.50 |
| BMR Objections to plan | 0.50<br>285.00/hr | 142.50 |
| HSBC Objections to plan | 0.50<br>285.00/hr | 142.50 |
| Telephone conference to HSBC Attorney | 0.10<br>285.00/hr | 28.50 |
| 6/23/2010 Telephone conference to HSBC Attorney | 0.10<br>285.00/hr | 28.50 |
| letter from Wachovia with Proof of Claim | 0.10<br>285.00/hr | 28.50 |
| Telephone conference with HSBC Attorney | 0.20<br>285.00/hr | 57.00 |
| Draft Amendment to plan and e-mail HSBC Attorney | 0.40<br>285.00/hr | 114.00 |
| 6/24/2010 E-mail from/ E-mail to HSBC Attorney | 0.20<br>285.00/hr | 57.00 |
| Telephone conference with HSBC Attorney; Review Revise Amendment and Ballot Summary | 0.40<br>285.00/hr | 114.00 |

| | Hrs/Rate | Amount |
|---|---|---|
| 6/25/2010 Initial Confirmation Hearing | 1.00 285.00/hr | 285.00 |
| e-mail client re Confirmation Hearing | 0.40 285.00/hr | 114.00 |
| E-mail from/ E-mail to client | 0.10 285.00/hr | 28.50 |
| 6/28/2010 Motion for use of cash collateral | 1.00 285.00/hr | 285.00 |
| Email from client | 0.10 285.00/hr | 28.50 |
| Telephone conference with Dan Payette | 0.10 285.00/hr | 28.50 |
| HSBC Ballot | 0.10 285.00/hr | 28.50 |
| e-mail client | 0.10 285.00/hr | 28.50 |
| 6/29/2010 facsimile transmission from client; Review cash collateral Motion | 0.10 285.00/hr | 28.50 |
| Notice of Hearing on Cash Collateral Motion | 0.10 285.00/hr | 28.50 |
| 7/7/2010 Draft declarations | 0.30 285.00/hr | 85.50 |
| Preliminary order on cash collateral | 0.10 285.00/hr | 28.50 |
| P/C to Dan Payette | 0.10 285.00/hr | 28.50 |
| P/C from Dan Payette; email client | 0.60 285.00/hr | 171.00 |
| P/C from client | 0.20 285.00/hr | 57.00 |
| Email from/to client; email Dan Payette | 0.10 285.00/hr | 28.50 |
| Emails from/to client; emails from/to Chris Neeb | 0.40 285.00/hr | 114.00 |

| | Hrs/Rate | Amount |
|---|---|---|
| 7/8/2010 Facsimile transmission from client; email to client | 0.50<br>285.00/hr | 142.50 |
| Email from/to Chris Neeb | 0.30<br>285.00/hr | 85.50 |
| Draft Chris Neeb delcaration; email to Neeb | 1.20<br>285.00/hr | 342.00 |
| P/C from client. | 0.30<br>285.00/hr | 85.50 |
| Email/ from/to Elijah Green | 0.30<br>285.00/hr | 85.50 |
| Draft Green declaration; email Green | 0.60<br>285.00/hr | 171.00 |
| Email from/to client; review projections | 0.20<br>285.00/hr | 57.00 |
| Email to/from BMR Attorney. re: Hering Date for confirmatin | 0.10<br>285.00/hr | 28.50 |
| Email from client; Elijah Green | 0.10<br>285.00/hr | 28.50 |
| Draft Kim declaration | 0.70<br>285.00/hr | 199.50 |
| Email to client | 0.20<br>285.00/hr | 57.00 |
| 7/9/2010 Emails from/to client | 0.20<br>285.00/hr | 57.00 |
| Draft Payette decl; P/C from Payette | 0.70<br>285.00/hr | 199.50 |
| Email from/to C. Neeb, E. Green | 0.20<br>285.00/hr | 57.00 |
| P/C to Chris Neeb | 0.30<br>285.00/hr | 85.50 |
| Exhibits to Kim Declaration | 0.30<br>285.00/hr | 85.50 |
| P/C to Elijah Green-msg. | 0.10<br>285.00/hr | 28.50 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 7/12/2010 | Meet with client; p/c to Chris Neeb; Elijah Green | 1.50 285.00/hr | 427.50 |
| | p/c from Elijah Green | 0.40 285.00/hr | 114.00 |
| | BMR declarations. Amended objection to plan | 0.50 285.00/hr | 142.50 |
| | Ex Parte motion to continue hearing on cash collateral | 0.50 285.00/hr | 142.50 |
| 7/13/2010 | Email from Dan Payette | 0.10 285.00/hr | 28.50 |
| | Confirmation Brief; Legal Research | 4.50 285.00/hr | 1,282.50 |
| 7/14/2010 | Telephone conference with client | 0.20 285.00/hr | 57.00 |
| | Confirmation brief | 4.00 285.00/hr | 1,140.00 |
| | Telephone conference with client | 0.30 285.00/hr | 85.50 |
| 7/15/2010 | Final Hearing on Confirmation | 7.50 285.00/hr | 2,137.50 |
| 7/19/2010 | Memorandum Decision on Confirmation | 0.20 285.00/hr | 57.00 |
| 7/20/2010 | Telephone conference with client (4x) | 0.40 285.00/hr | 114.00 |
| | Telephone conference with client | 0.30 285.00/hr | 85.50 |
| | E-mail from/ E-mail to client and Telephone conference from client | 0.20 285.00/hr | 57.00 |
| | Telephone conference with client; E-mail from/ E-mail to client; Telephone conference with Ann Chang; Draft Motion to Extend | 0.60 285.00/hr | 171.00 |
| | E-mail from/ E-mail to client; Telephone conference with Ann Chang; Revise Motion / Declaration and e-mail | 0.80 285.00/hr | 228.00 |
| | facsimile transmission from Ann Chang; e-mail from/ to same | 0.30 285.00/hr | 85.50 |

| | Hrs/Rate | Amount |
|---|---|---|
| 7/20/2010 E-mail from/ E-mail to client | 0.30<br>285.00/hr | 85.50 |
| Preparation of Monthly Operating Report for Filing | 0.80<br>110.00/hr | 88.00 |
| 7/21/2010 Draft complaint for Injunctive relief | 1.00<br>285.00/hr | 285.00 |
| facsimile transmission from Elijah Green | 0.10<br>285.00/hr | 28.50 |
| Draft Application for Order to Show Cause re Preliminary Injunction and Temporary Restraining Order | 0.50<br>285.00/hr | 142.50 |
| e-mail from court | 0.10<br>285.00/hr | 28.50 |
| Notice of Hearing on Motion to Extend | 0.10<br>285.00/hr | 28.50 |
| Order Proposed on Order to Show Cause | 0.30<br>285.00/hr | 85.50 |
| E-mail from/ E-mail to client and Telephone conference with client | 0.30<br>285.00/hr | 85.50 |
| 2nd Amendment to First Amended plan | 0.30<br>285.00/hr | 85.50 |
| Review/ Revise complaint; ex parte Motion; Order and 2nd amendment | 0.20<br>285.00/hr | 57.00 |
| E-mail from/ E-mail to client | 0.30<br>285.00/hr | 85.50 |
| Ex Parte Motion to Continue Hearing on Order to Show Cause | 0.40<br>285.00/hr | 114.00 |
| Order to Show Cause re Preliminary injunction | 0.10<br>285.00/hr | 28.50 |
| E-mail from/ E-mail to Elijah Green | 0.10<br>285.00/hr | 28.50 |
| Hearing on HSBC Motion for Relief From Stay | 0.60<br>285.00/hr | 171.00 |
| 7/22/2010 E-mail from/ E-mail to client | 0.10<br>285.00/hr | 28.50 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 7/22/2010 | E-mail to BMR Attorney | 0.20<br>285.00/hr | 57.00 |
| | Email from client; E-mail from/ E-mail to BMR Attorney and Review Order | 0.20<br>285.00/hr | 57.00 |
| 7/23/2010 | Hearing on Ex parte Motion to Extend Conversion Deadline | 0.20<br>285.00/hr | 57.00 |
| | Draft Order on Motion to Extend Conversion Deadline | 0.20<br>285.00/hr | 57.00 |
| | E-mail from/ E-mail to client | 0.10<br>285.00/hr | 28.50 |
| | facsimile transmission from Wade Brown and City of Fairfield | 0.10<br>285.00/hr | 28.50 |
| 7/26/2010 | Order Continuing Final Hearing on Cash Collateral | 0.10<br>285.00/hr | 28.50 |
| | E-mail from/ E-mail to Ann Chang and e-mail client | 0.30<br>285.00/hr | 85.50 |
| 7/27/2010 | Order denying Confirmation (entered) | 0.10<br>285.00/hr | 28.50 |
| | Email from client | 0.20<br>285.00/hr | 57.00 |
| 8/3/2010 | Hearings; meet with client | 2.00<br>285.00/hr | 570.00 |
| | Email from client | 0.10<br>285.00/hr | 28.50 |
| 8/4/2010 | E-mail from/ E-mail to BMR Attorney | 0.20<br>285.00/hr | 57.00 |
| | Draft proposed Orders- Cash Collateral/ Extending Deadline | 0.30<br>285.00/hr | 85.50 |
| | Order on Ex Parte motion to Extend Deadline Tomorrow | 0.10<br>285.00/hr | 28.50 |
| 8/5/2010 | Draft Preliminary injunction | 0.30<br>285.00/hr | 85.50 |
| | e-mails from BMR Attorney | 0.10<br>285.00/hr | 28.50 |

| | Hrs/Rate | Amount |
|---|---|---|
| 8/5/2010 Email from BMR Attorney; E-mail to client | 0.30 285.00/hr | 85.50 |
| letter from Wachovia | 0.10 285.00/hr | 28.50 |
| BMR Objections to Proposed Order | 0.20 285.00/hr | 57.00 |
| 8/6/2010 e-mail BMR Attorney; E-mail from/ E-mail to client | 0.20 285.00/hr | 57.00 |
| E-mail from/ E-mail to BMR Attorney | 0.20 285.00/hr | 57.00 |
| 8/9/2010 Motion to  allow HSBC amended ballot | 1.50 285.00/hr | 427.50 |
| e-mail from client | 0.20 285.00/hr | 57.00 |
| Order authorizing use of cash collateral entered | 0.10 285.00/hr | 28.50 |
| 8/10/2010 Review/ Revise Motion re HSBC ballot | 0.20 285.00/hr | 57.00 |
| Order on Motion to extend conversion deadline; preliminary injunction | 0.20 285.00/hr | 57.00 |
| 8/23/2010 Preparation of Monthly Operating Report for Filing | 0.80 110.00/hr | 88.00 |
| 8/30/2010 Signed Declaration re: BMR 506 Motion. | 0.10 285.00/hr | 28.50 |
| Memorandum of Decision; e-mail client. | 0.30 285.00/hr | 85.50 |
| 8/31/2010 e-mails from / to client. | 0.40 285.00/hr | 114.00 |
| Draft Amendment to Plan. | 0.20 285.00/hr | 57.00 |
| Draft Order Confirming Plan. | 0.50 285.00/hr | 142.50 |
| E-mails from/to client; Review Plan. | 0.40 285.00/hr | 114.00 |

|            |                                                              | Hrs/Rate | Amount |
|------------|--------------------------------------------------------------|----------|--------|
| 9/1/2010   | Telephone conference with Appraiser;  e-mail client.         | 0.30 285.00/hr | 85.50 |
|            | Telephone conference with client.                            | 0.20 285.00/hr | 57.00 |
| 9/7/2010   | BMR's Motion to Additional Findings.                         | 0.30 285.00/hr | 85.50 |
|            | Order confirming Plan.                                        | 0.20 285.00/hr | 57.00 |
|            | Order to File Applications for Compensation.                 | 0.10 285.00/hr | 28.50 |
| 9/14/2010  | Response to BMR Motion for Additional Findings.              | 1.00 285.00/hr | 285.00 |
| 9/15/2010  | E-mail From / to BMR Attorney.                               | 0.20 285.00/hr | 57.00 |
| 9/16/2010  | E-mail from/to BMR Attorney.                                 | 0.20 285.00/hr | 57.00 |
|            | Review / Revise Response to BMR Motion for Additional Factual Findings. | 0.20 285.00/hr | 57.00 |
|            | Legal Research.                                              | 0.40 285.00/hr | 114.00 |
| 9/20/2010  | E-mail from / to BMR Attorney.                               | 0.10 285.00/hr | 28.50 |
| 9/21/2010  | E-mail from BMR Attorney.                                    | 0.10 285.00/hr | 28.50 |
| 9/24/2010  | Ex Parte Motion to Extend Time re: Fee Application.          | 0.20 285.00/hr | 57.00 |
| 9/27/2010  | BMR Reply re: Motion for Additional Findings.               | 0.30 285.00/hr | 85.50 |
| 9/28/2010  | Order extending time to file Fee Application.                | 0.10 285.00/hr | 28.50 |
| 9/30/2010  | Fee Application.                                             | 0.30 285.00/hr | 85.50 |
| 10/1/2010  | Hearing on BMR's Motion for Additional Findings.            | 1.00 285.00/hr | 285.00 |

| | Hrs/Rate | Amount |
|---|---|---|
| 10/1/2010 Fee Application. | 1.00 285.00/hr | 285.00 |
| Motion to Determine Value of 299 Campus Court. | 0.80 285.00/hr | 228.00 |
| Review file, Docket; e-mail client. | 0.40 285.00/hr | 114.00 |
| **For professional services rendered** | **149.20** | **$41,205.00** |

Additional Charges :

| | | |
|---|---|---|
| 12/21/2009 | 32 photocopies @ .20 each = 6.40 and 16 postages @ .44 each = 7.04 | 13.80 |
| 1/20/2010 | 18 postages @ .44 each = 7.92 and 54 photocopies @ .20 each = 10.80 | 18.72 |
| 2/18/2010 | 54 photocopies @ .20 each = 10.80 and 18 postages @ .44 each = 7.92 | 18.72 |
| 4/21/2010 | 34 photocopies @ .20 each= 6.80 and 17 postages @ .44 each=7.48 | 14.28 |
| 5/18/2010 | 54 photocopies @ .20 each = 10.80 and 18 postages @ .44 each=7.92 | 18.72 |
| 6/21/2010 | MOR- 57 photocopies @ .20 each = 11.40 and 19 postages @ .44 each = 8.36 | 19.76 |
| 6/24/2010 | Ballot Summary- 80 photocopies @ .20 each = 16.00 and 20 postages @ .44 each = 8.80 | 24.80 |
| 7/20/2010 | MOR- 60 photocopies @ .20 each= 12.00 and 20 postages @ .44 each=8.80 | 20.80 |
| 8/10/2010 | Notice of Hearing on Motion for HSBC to Change Vote- 58 photocopies @ 20 each= 11.60 and 29 postage @ .44 each = 12.76 | 24.36 |
| | Notice of Continued Hearing on Confirmation- 29 photocopies @ .20 each= 5.80 and 29 postages @ 44 each = 12.76 | 18.56 |
| 8/23/2010 | July Monthly Operating Report- 60 photocopies @ .20 each= 12.00 and 20 postages @ .44 each = 8.80 | 20.80 |

| | |
|---|---|
| **Total costs** | **$213.32** |
| **Total amount of this bill** | **$41,418.32** |
| Balance due | $41,418.32 |