UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

JUDY INOK KIM, No. 09-13736

Debtor(s).
_____/

Memorandum on Valuation of Fairfield Property
_____

Prior to her Chapter 11 filing, debtor Judy Kim owned 16,800 square foot commercial building at 299 Campus Court, Fairfield, California. The senior deed of trust holder on this property, BMR Funding, LLC, also held a junior deed of trust on Kim's residence at 4000 Jameson Canyon Rd., American Canyon, California, securing the same debt. The obligation came due in 2009, and Kim was unable to refinance. This caused her bankruptcy filing.

Kim's plan of reorganization, which the court confirmed last September, calls for valuation of the two properties. BMR is to receive amortized payments on two notes, one secured by each property. The valuation of the commercial building in Fairfield is now before the court.

The Fairfield property has long been problematical for Kim. It has never been close to fully leased, and at times has had essentially no tenants at all. The only way Kim was able to show feasibility for her plan was to show that her niece, a medical doctor, would move her practice to the property. Although the postpetition payments to BMR have been made, nothing has happened to make the property usable as a medical office. The court is concerned that Kim is hoping for an unfairly high

1

value to the property so that she could walk away from it, relieving her niece of the obligation to move her practice and leaving Kim's home in American Canyon free of BMR's lien or at least subject to a small lien. Such a result would not be fair to BMR.

Kim has introduced expert testimony that the Fairfield property is worth $1.86 million. However, that opinion is based in part on the assumption, based on Kim's representations, that the niece's lease is an arm's length transaction. That is not at all the case. Kim was unable to find any tenant for most of the property, and her first plan was not confirmed for that reason. The niece has come forward in an attempt by family members to rescue Kim. The court found the appraiser's testimony that this fact would have no effect on his valuation less than convincing.

BMR asserts that the property is worth $1.4 million and would bring about $1.2 million in a forced or foreclosure sale. However, it produced evidence of an unaccepted offer to purchase the property by a third party for $1.5 million. Given this testimony, which amounts to an admission against interest, the court cannot see its way clear to find a lesser value. Accordingly, the court values the Fairfield property at $1.5 million.

Counsel for Kims shall submit an appropriate order which counsel for BMR has approved as to form.

Dated: January 20, 2011

Alan Jaroslovsky
U.S. Bankruptcy Judge

2